UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>KEVIN KOVAR,<br><br>             Defendant. | Case No.  6:25-po-00546-HBK<br><br>ORDER GRANTING GOVERNMENT'S RULE 48(a) MOTION TO DISMISS WITHOUT PREJUDICE<br><br> CITATION #E2436594<br><br>(Doc. No.  11) |

The Government moves to dismiss this case without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.   (Doc.11).

Accordingly, it is **ORDERED**:

1.  The Government's motion (Doc.11) is GRANTED, and this case is DISMISSESD without prejudice.

2.  The Clerk shall VACATE the June 3, 2026, trial date and CLOSE this case.

Dated:    May 28, 2026   

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE